IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


EDWARD THOMAS KENNEDY

       Plaintiff,


       v.                                Civil Action No. 3-18-cv-00767

                                      TRIAL BY JURY DEMANDED

DAVID JOHN DUTCAVAGE,
GEORGE FRANCIS HALCOVAGE,
JOSEPH G. GROODY, and
COUNTY OF SCHUYLKILL,
PENNSYLVANIA,

       Defendants.


**NOTICE TO THE COURT**

1.     Plaintiff, Edward Thomas Kennedy, accepts the oath of office of the Honorable

Judge assigned to this case, and binds him to it, and reminds him of his fiduciary duty to the

Plaintiff Kennedy.  Plaintiff did not consent to a Magistrate Judge.

2.     Plaintiff seeks a peaceful resolution to these matters but notices the Court to deny

corrupt public officials of any claim for 11th amendment sovereign immunity if Plaintiff proves

the Defendants are corrupt public officials.

3.     The Bishop of  Rome, beloved Pope Francis, is not sovereign. Only God is

sovereign.


1

NOTICE

APOSTOLIC LETTER
ISSUED MOTU PROPRIO
OF THE SUPREME PONTIFF
FRANCIS
ON THE JURISDICTION OF JUDICIAL AUTHORITIES OF VATICAN CITY STATE
IN CRIMINAL MATTERS [1]

3.      Plaintiff is Edward Thomas Kennedy, and demands a jury trial.

4.      Article III of the U.S. Constitution states that all trials shall be by jury. The right

was expanded with the Sixth Amendment to the United States Constitution, which states in part,

"In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an

impartial jury of the state and district wherein the crime shall have been committed," and the

Seventh Amendment to the United States Constitution, guarantees a jury trial in civil cases.

4.      The original intent of the framers of the United States constitutions strove to create

an independent judiciary but insisted upon further protection against arbitrary action.

5.      Plaintiff was trained by his religious order in Diplomacy, Theology, Monastic

Medicine and International law. Plaintiff took a sacred oath in 2008 in a church of God, to relief

all human suffering, and believes has never violated that sacred oath.

6.      Plaintiff was ordained a Roman Catholic priest (Eastern Rite) in 2013, and Plaintiff

requests the Court honor his priest-penitent privilege, also known as Ecclesiastical privilege, at all

times.

---

[1]

http://w2.vatican.va/content/francesco/en/motu_proprio/documents/papa-francesco-motu-proprio
_20130711_organi-giudiziari.html.

6.      Plaintiff was not trained in the current version of the Federal Rules of Civil

Procedure, Federal Rules of Evidence, the local rules of this court, and the rules of professional

conduct for BAR attorneys, and therefore, requests assistance at all times from the Honorable

Judge assigned to this case.


Date: April 17, 2018.

Respectfully submitted,

/s/ Edward Thomas Kennedy

_____

Edward Thomas Kennedy, Pro Se
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: pillar.of.peace.2012@gmail.com
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244
Fax: 570-609-1810


CERTIFICATE OF SERVICE

I certify that on April 17, 2018, I electronically filed a copy of NOTICE TO THE

COURT with the Clerk of the Court using CM/ECF system.

/s/ Edward Thomas Kennedy

_____

EDWARD THOMAS KENNEDY
Plaintiff, Pro Se.

3