IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

           Civil Action

    Plaintiff,

           NO. 18- CV-00767-RDM-SES

    v.

DAVID JOHN DUTCAVAGE, et. al.,

    Defendants.

## MOTION TO COMPEL SERVICE OF PROCESS

1. Edward Thomas Kennedy, (hereinafter "Kennedy" or "Plaintiff") is one of the people of Pennsylvania, and in this court of record wishes the court of record to grant this Motion to Compel Service of Process to the following Defendants:

1. DAVID JOHN DUTCAVAGE, in his official and individual capacities,
2. GEORGE FRANCIS HALCOVAGE, in his official and individual capacities,
3. JOSEPH G. GROODY, in his official and individual capacities,
4. COUNTY OF SCHUYLKILL, PENNSYLVANIA, and
5. COMMONWEALTH OF PENNSYLVANIA.

Date: August 3, 2018, County of Lehigh, Pennsylvania.

           /s/ *Edward Thomas Kennedy*   ---seal---
           _____
           Edward Thomas Kennedy
           401 Tillage Road
           Breinigsville, PA 18031
           415-275-1244
           Email: kennedy2018@alumni.nd.edu

-2-

CERTIFICATE OF SERVICE

I certify that on August 3, 2018 that I filed a copy of the above MOTION TO COMPEL SERVICE OF PROCESS, CERTIFICATE OF SERVICE and MEMORANDUM IN SUPPORT OF MOTION TO COMPEL SERVICE OF PROCESS to the United States District Court for the Middle District of Pennsylvania via ECF and via US Mail, 2 DAY Priority with a tracking number to the following:

>United States Marshals Service
>Middle District of Pennsylvania Scranton - District Headquarters
>William J. Nealon Federal Building and U.S. Courthouse
>235 North Washington Avenue, Room 215
>Scranton, PA 18503

/s/ Edward Thomas Kennedy   *(seal)*
_____
EDWARD THOMAS KENNEDY