IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

Civil Action

NO. 18- CV-00767-RDM-SES

DAVID JOHN DUTCAVAGE, et. al.,

    Defendants.

MEMORANDUM IN SUPPORT OF MOTION
TO COMPEL SERVICE OF PROCESS

1.    Edward Thomas Kennedy, (hereinafter "Kennedy"or "Plaintiff") is one of the people of Pennsylvania, and in this court of record wishes the court to grant his Motion to Compel Service of Process for Defendants listed in the Motion to Compel Service of Process.

2.    Kennedy provided USM-285 completed forms (5 copies) to the following address via US mail 2 Day Priority with a tracking number and ECF to the following:

    United States Marshals Service
    Middle District of Pennsylvania Scranton - District Headquarters
    William J. Nealon Federal Building and U.S. Courthouse
    235 North Washington Avenue, Room 215
    Scranton, PA 18503

3.    LAW OF THE CASE. This is the decreed law of the case, Exhibit "1" is incorporated by reference as though fully stated herein, and attached.

Date: August 3, 2018, County of Lehigh, Pennsylvania.

                                              /s/ *Edward Thomas Kennedy*   ---seal---
                                            _____
                                            Edward Thomas Kennedy
                                            401 Tillage Road
                                            Breinigsville, PA 18031
                                            Email: kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I certify that on August 3, 2018 that I filed a copy of the above MOTION TO COMPEL SERVICE OF PROCESS, CERTIFICATE OF SERVICE and MEMORANDUM IN SUPPORT OF MOTION TO COMPEL SERVICE OF PROCESS to the United States District Court for the Middle District of Pennsylvania via ECF and via US Mail, 2 DAY Priority with a tracking number to the following:

>United States Marshals Service
>Middle District of Pennsylvania Scranton - District Headquarters
>William J. Nealon Federal Building and U.S. Courthouse
>235 North Washington Avenue, Room 215
>Scranton, PA 18503

/s/ Edward Thomas Kennedy   *(seal)*
_____
EDWARD THOMAS KENNEDY