August 3, 2018

Sent USPS 2 Day Priority mail

United States Marshals Service
Middle District of Pennsylvania Scranton - District Headquarters
William J. Nealon Federal Building and U.S. Courthouse
235 North Washington Avenue, Room 215
Scranton, PA 18503

Dear Sir or madam:

EDWARD THOMAS KENNEDY, Plaintiff,
NO. 18- CV-00767-RDM-SES
        v.
DAVID JOHN DUTCAVAGE, et. al., Defendants

    Without delay, kindly perform service of process.

    Enclosed please find 5 original signed forms - Forms USM-285 plus 5 copies of each form for Defendants and a copy of the Motion to Compel.

Date: August 3, 2018, County of Lehigh, Pennsylvania.

                               /s/ *Edward Thomas Kennedy*   ---seal---
                               _____
                               Edward Thomas Kennedy
                               401 Tillage Road
                               Breinigsville, PA 18031
                               415-275-1244
                               Email: kennedy2018@alumni.nd.edu

United States Marshals Service
Middle District of Pennsylvania Scranton - District Headquarters
William J. Nealon Federal Building and U.S. Courthouse
235 North Washington Avenue, Room 215
Scranton, PA 18503