# Exhibit 2
# (1 page)



May. 1. 2017 3:19PM    State Police Frackville    No. 5773   P. 6

Commonwealth of Pennsylvania
Court of Common Pleas
County of Schuylkill
21st Judicial District



**Bench Warrant**
**Failure to Appear**

Commonwealth of Pennsylvania
v.
Edward Thomas Kennedy

Schuylkill County Clerk of Courts
401 North Second Street
Pottsville, PA 17901
PH: 570-628-1288

Citation/Complaint No: 2017 0060
Docket No: CP-54-CR-0000293-2017
Warrant Control No: 54-BA-0000368-2017
Manual Control No:
Charging Officer: Philip C. Petrus, Frackville Boro Police Dept

Issued For: Edward Thomas Kennedy
OTN: T 882209-5    SID:
Date Citation/Complaint Filed: 01/12/2017
NCIC OFF: FAILURE TO APPEAR - SEE MIS.
OOC:
Warrant ID: CPCMS702722461

Lead Offense: 18 § 2709 §§ A7 Harassment - Comm. Repeatedly In Another Manner (Held for Court)

AND NOW, this 12th day of April, 2017, the Sheriff of Schuylkill County, or any other police officer, is hereby ORDERED to convey and deliver Edward Thomas Kennedy, residing at 1866 Leithsville Rd Pmb 240 Hellertown, PA 18055, into the custody of the Court of Common Pleas of Schuylkill County, at Schuylkill County Courthouse 401 North Second Street Pottsville, PA 17901 for a hearing. If the Court is unavailable, the individual may be held in the County Jail until the Court is opened for business, at which time the individual shall be promptly conveyed and delivered into the custody of the Court.

The authority in charge of the County Jail in which the party is incarcerated shall promptly notify the sheriff's office and the Court that the individual is being held pursuant to the bench warrant.

This warrant is issued because the defendant failed to appear at Magisterial District Judge Christina E. Hale's Office on February 21, 2017 for a preliminary hearing. The defendant's bail shall be forfeited.

Pursuant to Pa.R.Crim.P. 150(A)(5)(b), the individual shall not be detained in the County Jail without a hearing on this bench warrant longer than 72 hours, or the close of the next business day, if the 72 hours expires on a non-business day.

Certified from the records
this 12 day of May A.D. 2017

Clerk of Courts
SEAL OF THE CLERK OF COURTS 2017
Maria Cerase
Pottsville, Schuylkill County PA
My Commission Expires 1st Monday of 2020

BY THE COURT:

Judge William E. Baldwin




CP-54-CR-0000293-2017    54-BA-0000368-2017    Edward Thomas Kennedy

CPCMS 2093    1    Printed: 04/12/2017 3:09:50PM