IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNEDY,
    Plaintiff.

        v.        Civil No. 3-18-cv-00767

DUTCAVICH, et al.,
    Defendants.

TAKE JUDICIAL COGNIZANCE

MOTION TO COMPEL SERVICE OF PROCESS, and MEMO
in support of Motion

I, Edward Thomas Kennedy, (hereinafter "Kennedy" or "Plaintiff") am one of the people of Pennsylvania, and in this court of record wishes the court to grant Kennedy's Motion to Compel Service of Process and appropriate summons and paperwork for the defendants in Plaintiff's action at law / Second Amended without delay.

Date: December 7, 2018

        Respectfully submitted,

        /s/ *Edward Thomas Kennedy*   ---seal---
        _____
        Edward Thomas Kennedy
        401 Tillage Road
        Breinigsville, PA 18031
        Phone: 4152751244
        Email; kennedy2018@alummni.nd.edu

CERTIFICATE OF SERVICE

I certify that on December 7, 2018, that I filed a copy of the above MOTION TO COMPEL SERVICE OF PROCESS, and MEMO in support of Motion to the United States District Court for the Middle District of Pennsylvania, via ECF.

                                        Respectfully submitted,

                                        /s/ Edward Thomas Kennedy   ---*seal*

                                        _____
                                        EDWARD THOMAS KENNEDY,
                                        Plaintiff

December 7, 2018