IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNEDY,
        Plaintiff.

        v.                        Civil No. 3-18-cv-00767

DUTCAVICH, et al.,
        Defendants.

MEMORANDUM IN SUPPORT OF MOTION TO COMPEL SERVICE OF PROCESS TAKE JUDICIAL COGNIZANCE

    1.    Edward Thomas Kennedy, (hereinafter "Kennedy" or "Plaintiff") is one of the people of Pennsylvania, and in this court of record wishes the court to grant his Motion to Compel Service of Process for all Defendants including Summons and/or all necessary paperwork.

    2.    LAW OF THE CASE.  This is the decreed law of the case, Exhibit "1" is incorporated by reference as though fully stated herein, and attached.

Date: December 7, 2018

                            /s/ *Edward Thomas Kennedy*   ---seal---
                            _____
                            Edward Thomas Kennedy
                            401 Tillage Road
                            Breinigsville, PA 18031
                            Email: kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I certify that on December 7, 2018, that I filed a copy of the above MOTION TO COMPEL SERVICE OF PROCESS, CERTIFICATE OF SERVICE and MEMORANDUM IN SUPPORT OF MOTION TO COMPEL SERVICE OF PROCESS to the United States District Court for the Middle District of Pennsylvania via ECF.

/s/ Edward Thomas Kennedy   *(seal)*
_____
EDWARD THOMAS KENNEDY