IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


EDWARD THOMAS KENNEDY,
    Plaintiff.

    v.                              Civil No. 3-18-cv-00767

DUTCAVICH, et al.,
    Defendants.


NOTICE AND OBJECTION 1


1.    Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, and in this court of record hereby Objects to Order signed by the Magistrate, Susan E. Schwab, assigned to administrate and/or assist in this civil action at law, ECF Document 11, where Schwab writes that Kennedy has no standing to Notice a Constitutional Question. Kennedy is one of the people, and people *always* have standing for the people created the government.

Notice

a.    Kennedy reminds federal employee Schwab the nation is the Constitutional Republic and not a judicial tyranny.

b.    Kennedy requests this Magistrate recuse from this action at law, for she exceeds the government's jurisdiction, and because she exceeded the government's jurisdiction, Kennedy is injured in loss of rights.

2.  The Supreme Court of the United States said that "Recusal is required when, objectively speaking, 'the probability of actual bias on the part of the judge or decision maker is too high to be constitutionally tolerable.'"[1]

WHEREFORE, Plaintiff again requests the Judge assigned to this case in this court of record and recusal for Cause and recuse.

Date: December 7, 2018

        Respectfully submitted,

        /s/ *Edward Thomas Kennedy*    (seal)

        _____

        EDWARD THOMAS KENNEDY

        401 Tillage Road
        Breinigsville, Pennsylvania 18031
        Email: kennedy2018@alumni.nd.edu
        Telephone: 415-275-1244.

---

[1] RIPPO v. BAKER, https://www.law.cornell.edu/supremecourt/text/16-6316#;
Rippo v. Baker, 137 S. Ct. 905 - Supreme Court 2017

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE AND OBJECTION 1 was served upon the Magistrate and the Clerk of this court by ECF on December 7, 2018, also known as Pearl Harbor Day.

Date: December 7, 2018

/s/ *Edward Thomas Kennedy*
_____
Edward Thomas Kennedy