IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


EDWARD THOMAS KENNEDY,
    Plaintiff.

    v.        Civil No. 3-18-cv-00767

DUTCAVICH, et al.,
    Defendants.


NOTICE AND OBJECTION 2


1.    Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, and in this court of record hereby Objects to INTERNATIONAL ASSOCIATION OF JUDGES and its THE UNIVERSAL CHARTER OF THE JUDGE[1] and especially Objects to Article 12, which states the following:

Associations

The right of a judge to belong to a professional association must be recognized in order to permit the judges to be consulted, especially concerning the application of their statutes, ethical and otherwise, and the means of justice, and in order to permit them to defend their legitimate interests.[2]

---

[1] Link here http://www.iaj-uim.org/universal-charter-of-the-judges/

[2] link also here: https://www.unodc.org/res/ji/import/international_standards/the_universal_charter_of_the_judge/universal_charter_2017_english.pdf

2.	Under her oath of office, said Association membership is fake and is not acceptable behavior for Magistrate Schwab or any Judge in the US District Court Third Circuit.

3.	Said Article 12 is prima facie evidence of treason against the United States of America, and it is also not permitted in this court of record.

WHEREFORE, Plaintiff again requests the Judge assigned to this case in this court of record to recuse for cause and recuse.

Date: December 7, 2018

                                                Respectfully submitted,

/s/ *Edward Thomas Kennedy*     (seal)

_____

EDWARD THOMAS KENNEDY

401 Tillage Road  
Breinigsville, Pennsylvania 18031  
Email: kennedy2018@alumni.nd.edu  
Telephone: 415-275-1244.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE AND OBJECTION 2 was served upon the Magistrate and the Clerk of this court by ECF on December 7, 2018, also known as Pearl Harbor Day.

Date: December 7, 2018

/s/ *Edward Thomas Kennedy*

_____

Edward Thomas Kennedy