IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
    Plaintiff.

              v.                          Civil No. 3-18-cv-00767

DUTCAVICH, et al.,
    Defendants.

NOTICE AND OBJECTION 3

Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, and in this court of record hereby Objects to Magistrate's Schwab's violation of Kennedy's right to privacy, for she exceeded the government's jurisdiction, and by denying Kennedy his natural right to privacy, injured Kennedy by exceeding government's jurisdiction in loss of rights. It is my wish she rescues from the case for this is a complex case, and her trespass on the case also violates the judicial conduct pattern in 3d Cir. at E.D. Pa. This statement is not to be misconstrued as an Appeal.

Date: December 7, 2018

                                          Respectfully submitted,

                                          /s/ *Edward Thomas Kennedy*    (seal)

                                          _____

                                          EDWARD THOMAS KENNEDY

                                          401 Tillage Road
                                          Breinigsville, Pennsylvania 18031
                                          Email: kennedy2018@alumni.nd.edu
                                          Telephone: 415-275-1244.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE AND OBJECTION 3 was served upon the Magistrate and the Clerk of this court by ECF on December 7, 2018, also known as Pearl Harbor Day.

Date: December 7, 2018

/s/ *Edward Thomas Kennedy*

_____

Edward Thomas Kennedy,
Plaintiff