IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNEDY,

        Plaintiff.


           v.                   Civil No. 3-18-cv-00767

DUTCAVICH,

        et al.,

        Defendants.


NOTICE

Take Judicial Notice

1.      Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, in this court of record, notices the court that the March 1, 2018 Executive Order 13825—2018 Amendments to the Manual for Courts-Martial, United States by US President Donald J. Trump is now effective.

2.      Law of Armed Conflict dialogue between Senator Lindsey Graham Questions Brett Kavanaugh Military concerning Law vs Criminal Law, is explained below[1]

3.      US Judiciary is independent between US branches, but US Judiciary employees are not independent from military law effective January 1, 2019.


Date: January 2, 2019

                           Respectfully submitted,

                           */s/ Edward Thomas Kennedy*     seal

---

[1] link here: https://www.youtube.com/watch?v=3_gmOsnjrZw&index=25&list=WL&t=0s., Case cited by Graham and Kavanaugh is here: YASER ESAM HAMDI v. DONALD H. RUMSFELD, SECRETARY OF DEFENSE, et al., link here:http://law2.umkc.edu/faculty/projects/ftrials/conlaw/hamdi.html.

_____

Edward Thomas Kennedy

401 Tillage Road

Breinigsville, PA 18031

kennedy2018@alumni.nd.edu

pillar.of.peace.2017@protonmail.com

Phone: 4152751244 (message/ google voice)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served on the Clerk of this court

by ECF on January 2, 2019 and to the following party:
/

By US regular Mail
Mark A. Milley, General
Chairman of the Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, DC 20318-9999

/s/ *Edward Thomas Kennedy*

_____(seal)
Edward Thomas Kennedy

Date: January 2, 2019.