IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNEDY,
        Plaintiff.

                v.                Civil No. 3-18-cv-00767

DUTCAVICH,
        et al.,

        Defendants.

### Take Judicial Cognizance

1.    Plaintiff is Edward Thomas Kennedy (Kennedy), is one of the people of Pennsylvania, in this court of record, notices the court that US Courts may close on Friday January 18, 2019 based on the uscourts.gov website.[1] However, ECF access remains open.

Notice Service of Process letter to US Marshall, stated as follows:

By US mail
US Marshall Service Middle District of Pennsylvania
235 N Washington Ave.
Scranton, PA 18503

Dear Sir or Madam:

1.    Notice: US Courts may close on Friday January 18, 2019 based on the uscourts.gov website.[2] However, ECF access remains open.

2.    Service of Process Re: Case no. 3-18-cv-00767 KENNEDY v DUTCAVICH et al.,Enclosed please find 5 copies each for each defendants of Form USM 285, or 45 copies, all signed. The nine Defendants are as follows: DAVID JOHN DUTCAVICH, THE UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE, COMMONWEALTH OF

---

[1] https://www.uscourts.gov/news/2019/01/07/judiciary-operating-limited-funds-during-shutdown
[2] https://www.uscourts.gov/news/2019/01/07/judiciary-operating-limited-funds-during-shutdown

PENNSYLVANIA, JOSHUA D. SHAPIRO, THOMAS G. SAYLOR, THOMAS B. DARR, PENNSYLVANIA STATE POLICE, AND MARIA CASEY.

Date: January 14, 2019

                                                Respectfully submitted,

                                                */s/ Edward Thomas Kennedy*     (seal)
                                                _____
                                                Edward Thomas Kennedy
                                                401 Tillage Road
                                                Breinigsville, PA 18031
                                                kennedy2018@alumni.nd.edu
                                                pillar.of.peace.2017@protonmail.com
                                                Phone: 4152751244 (message/ google voice)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served on the Clerk of this court by ECF on January 13, 2019, and to the following parties

By US mail
US Marshall Service Middle District of Pennsylvania
235 N Washington Ave.
Scranton, PA 18503

By US regular Mail
Mark A. Milley, General
Chairman of the Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, DC 20318-9999

/s/ *Edward Thomas Kennedy*   (*seal*)

_____
Edward Thomas Kennedy

Date: January 13, 2019.