January 14, 2019

By US mail
US Marshall Service Middle District of Pennsylvania
235 N Washington Ave.
Scranton, PA 18503

Dear Sir or Madam:

1. Notice: US Courts may close on Friday January 18, 2019 based on the uscourts.gov website.[1] However, ECF access remains open.

2. Service of Process Re: Case no. 3-18-cv-00767 KENNEDY v DUTCAVICH et al., Enclosed please find 5 copies each for each defendants of Form USM 285, or 45 copies, all signed. The nine Defendants are as follows: DAVID JOHN DUTCAVICH, THE UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, COMMONWEALTH OF PENNSYLVANIA, JOSHUA D. SHAPIRO, THOMAS G. SAYLOR, THOMAS B. DARR, PENNSYLVANIA STATE POLICE, AND MARIA CASEY.

The court has agreed to waive fees. Please contact me if you have any questions. My contact information is below.

Respectfully submitted,

/s/ Edward T. Kennedy   (seal)

Edward T. Kennedy
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: pillar.of.peace.2012@gmail.com
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-609-1810.

---

[1] https://www.uscourts.gov/news/2019/01/07/judiciary-operating-limited-funds-during-shutdown