IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNEDY,
    Plaintiff.

    v.                    Civil No. 3-18-cv-00767

DUTCAVICH, et al.,
    Defendants.

MOTION TO COMPEL SERVICE OF PROCESS

    I, Edward Thomas Kennedy, (hereinafter "Kennedy" or "Plaintiff") am one of the people of Pennsylvania, and in this court of record motions the court to grant Kennedy's Motion to Compel Service of Process and appropriate summons and paperwork for the defendants in Plaintiff's action at law / Second Amended without delay, for the court may close on January 25, 2019.

Date: January 17, 2019.

                    Respectfully submitted,

                    /s/ *Edward Thomas Kennedy*   ---seal---
                    _____
                    Edward Thomas Kennedy
                    401 Tillage Road
                    Breinigsville, PA 18031
                    Phone: 4152751244
                    Email; kennedy2018@alummni.nd.edu

CERTIFICATE OF SERVICE

I certify that on December 7, 2018, that I filed a copy of the above MOTION TO COMPEL SERVICE OF PROCESS, and MEMO in support of Motion to the United States District Court for the Middle District of Pennsylvania, via ECF.

    Respectfully submitted,

    /s/ Edward Thomas Kennedy   ---*seal*

    _____
    EDWARD THOMAS KENNEDY,
    Plaintiff

January 17, 2019.