IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNEDY,
    Plaintiff.

    v.    Civil No. 3-18-cv-00767

DUTCAVICH, et al.,
    Defendants.

NOTICE

1.    I, Edward Thomas Kennedy, (hereinafter "Kennedy" or "Plaintiff") am one of the people of Pennsylvania, and in this court of record gives notice to the court of an ERROR in CM/ECF for all the parties listed are defendants in Plaintiff's action at law / Second Amended.

2.    The nine Defendants are as follows: DAVID JOHN DUTCAVICH, THE UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, COMMONWEALTH OF PENNSYLVANIA, JOSHUA D. SHAPIRO, THOMAS G. SAYLOR, THOMAS B. DARR, PENNSYLVANIA STATE POLICE, AND MARIA CASEY.

Date: January 17, 2019.

    Respectfully submitted,

    /s/ *Edward Thomas Kennedy*   ---seal---
    _____
    Edward Thomas Kennedy
    401 Tillage Road
    Breinigsville, PA 18031
    Phone: 4152751244
    Email; kennedy2018@alummni.nd.edu

CERTIFICATE OF SERVICE

    I certify that on January 17, 2019. that I filed a copy of the above Notice and Memorandum in support of Notice to the United States District Court for the Middle District of Pennsylvania, via ECF.

                                             Respectfully submitted,

                                             /s/ Edward Thomas Kennedy   ---*seal*

                                             _____
                                             EDWARD THOMAS KENNEDY, Plaintiff

January 17, 2019.