IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


KENNEDY,
              Plaintiff.


              v.                              Civil No. 3-18-cv-00767


DUTCAVICH, et al.,
              Defendants.


TAKE JUDICIAL COGNIZANCE

A.     Executive Order 13825 concerning 2018 Amendments to the Manual for Courts-Martial, United States (March 1, 2018) effective January 1, 2019,.[1]

MEMORANDUM IN SUPPORT OF NOTICE

1.     I, Edward Thomas Kennedy, (hereinafter "Kennedy" or "Plaintiff") am one of the

and for this case, Civil No. 3-18-cv-00767,   the nine Defendants remain as follows:

DAVID JOHN DUTCAVICH, THE UNITED STATES OF AMERICA, UNITED

STATES POSTAL SERVICE, COMMONWEALTH OF PENNSYLVANIA, JOSHUA D.

SHAPIRO, THOMAS G. SAYLOR, THOMAS B. DARR, PENNSYLVANIA STATE

POLICE, AND MARIA CASEY.

2.     The court is not operating as advertised.

3.     Please contact me if you have any questions. My contact information is

below.

---

[1]
https://www.federalregister.gov/documents/2018/03/08/2018-04860/2018-amendments-to-the-manual-for-courts-martial-united-states

Respectfully submitted,

*/s/ Edward T. Kennedy   (seal)*

_____

Edward T. Kennedy
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: pillar.of.peace.2012@gmail.com
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-609-1810.

CERTIFICATE OF SERVICE

I certify that on January 17, 2019, that I filed a copy of Notice and the above
MEMORANDUM IN SUPPORT OF Notice and this Certificate of Service to Clerk of Court of
this District Court for the Middle District of Pennsylvania, via ECF, and to the following
interested party:

and By US regular Mail to
Mark A. Milley, General
Chairman of the Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, DC 20318-9999

*/s/ Edward Thomas Kennedy    (seal)*

_____

Edward Thomas Kennedy

Date: January 17, 2019.