IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNEDY,
        Plaintiff.

        v.                Civil No. 3-18-cv-00767

DUTCAVICH, et al.,
        Defendants.

THIRD MOTION TO COMPEL SERVICE OF PROCESS

1.      Edward Thomas Kennedy, (hereinafter "Kennedy"or "Plaintiff") is one of the people of Pennsylvania, and in this court of record wishes the court to grant Kennedy's Motion to Compel Service of Process by the US Marshall to the defendants without delay for the court has

2.      ECF document number 21 contains signed USM 285 forms by Kennedy.

Date: January 27, 2019.

                              /s/ *Edward Thomas Kennedy*   (seal)
                              _____
                              Edward Thomas Kennedy
                              401 Tillage Road
                              Breinigsville, PA 18031
                              Email; kennedy2018@alummni.nd.edu

CERTIFICATE OF SERVICE

I certify that on January 27, 2019 that I filed a copy of the above MOTION TO COMPEL SERVICE OF PROCESS and MEMORANDUM IN SUPPORT OF MOTION TO COMPEL SERVICE OF PROCESS and Notice of Motion to the United States District Court for the Middle District of Pennsylvania via ECF.

/s/ Edward Thomas Kennedy  (seal)

_____
EDWARD THOMAS KENNEDY

Date: January 27, 2019.