IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


KENNEDY,
        Plaintiff.

        v.        Civil No. 3-18-cv-00767

DUTCAVICH, et al.,
        Defendants.

TAKE JUDICIAL COGNIZANCE

    A.    Executive Order 13825 concerning 2018 Amendments to the Manual for Courts-Martial, United States (March 1, 2018) effective January 1, 2019,.[1]

MEMORANDUM IN SUPPORT OF THIRD MOTION
TO COMPEL SERVICE OF PROCESS

    1.    I, Edward Thomas Kennedy, (hereinafter "Kennedy" or "Plaintiff") am one of the people of Pennsylvania, and in this court of record requests and wishes the court to grant Kennedy's Motion to Compel Service of Process by the US Marshall without delay for the court may close for business on February 15, 2019.[2]

Notice

    2.    Although the Clerk of Court office in US Courts maintains court calendars and handles and assemble documents such as USM 285 forms, Clerks must ensure they are accurate.

---

[1] https://www.federalregister.gov/documents/2018/03/08/2018-04860/2018-amendments-to-the-manual-for-courts-martial-united-states

[2] Trump Willing to Close Government Again as Border Talks to Start, link here: https://www.bloomberg.com/news/articles/2019-01-27/mulvaney-doesn-t-rule-out-another-shutdown-if-talks-break-down?srnd=premium

-1-

-2-

3. For this case, Civil No. 3-18-cv-00767, Service of Process Re: KENNEDY v DUTCAVICH et al., was (incorrectly) filed with two other cases by the Clerk of Court at ECF Doc 21, filed 01/16/19 (5) fives copies each for each defendant of Form USM 285, or 45 copies, all signed by Kennedy at document 44 through 88.

4. The nine Defendants remain as follows: DAVID JOHN DUTCAVICH, THE UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, COMMONWEALTH OF PENNSYLVANIA, JOSHUA D. SHAPIRO, THOMAS G. SAYLOR, THOMAS B. DARR, PENNSYLVANIA STATE POLICE, AND MARIA CASEY.[3]

5. The court has agreed to waive fees.

6. Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: "I, ___ ___, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God."[4]

7. Let Justice Be Done

    Though the Heavens Fail[5]

8. Please contact me if you have any questions.

---

[3] Pacer.gov is wrong for both Thomas B. Darr and United States of America are Defendants, and Kennedy requests the Court to Order the Clerk to correct this error.
[4] 28 U.S. Code § 453 - Oaths of justices and judges, link here: https://www.law.cornell.edu/uscode/text/28/453

[5] Jim Garrison, https://en.wikipedia.org/wiki/Jim_Garrison.

Respectfully submitted,

*/s/ Edward T. Kennedy   (seal)*
_____

Edward T. Kennedy
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: pillar.of.peace.2012@gmail.com
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-609-1810.

CERTIFICATE OF SERVICE

      I certify that on January 28, 2019, that I filed a copy of the above MEMORANDUM IN SUPPORT OF MOTION TO COMPEL SERVICE OF PROCESS and MOTION TO COMPEL SERVICE OF PROCESS, and this Certificate of Service to Clerk of Court of this District Court for the Middle District of Pennsylvania, via ECF, and to the following interested party:

    and By US regular Mail to
    Mark A. Milley, General
    Chairman of the Joint Chiefs of Staff
    9999 Joint Staff Pentagon
    Washington, DC 20318-9999


                                        */s/ Edward Thomas Kennedy*    *(seal)*
                                        _____
                                        Edward Thomas Kennedy


Date: January 28, 2019.