IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNEDY,
        Plaintiff.

        v.                  Civil No. 3-18-cv-00767

DUTCAVICH, et al.,
        Defendants.

NOTICE

MOTION TO COMPEL SERVICE OF PROCESS

1.      Edward Thomas Kennedy, (hereinafter "Kennedy" or "Plaintiff") is one of the people of Pennsylvania, and in this court of record Notices the court to the following:

2.      Notice Kennedy's Motion to Compel Service of Process to the defendants and USM 285 Forms at ECF doc 21;

3.      Notice the court may close on February 15, 2019, and Kennedy wishes the Court to write and approve Order without delay for Kennedy demands a speedy trial.[1]

Date: January 28, 2019.

                                              /s/ *Edward Thomas Kennedy*   ---seal---
                                              _____
                                              Edward Thomas Kennedy, Plaintiff
                                              [Chev. Rev. Edward Thomas Kennedy]
                                              401 Tillage Road
                                              Breinigsville, PA 18031
                                              415-275-1244.

---

[1] A speedy trial demand means that the trial is to be heard within 60 days. International law, church law, The Law of the Case, The United States Constitution and the Pennsylvania Constitution guarantee Plaintiff Kennedy, one of the people, his right by mandatory and binding law to a speedy trial.

CERTIFICATE OF SERVICE

I certify that on January 28, 2019 that I filed a copy of the above Notice of Motion to the United States District Court for the Middle District of Pennsylvania via ECF

/s/ Edward Thomas Kennedy   *(seal)*

_____
EDWARD THOMAS KENNEDY

Date: January 28, 2019.