# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY, | **CIVIL NO: 3:18-CV-00767** |
| Plaintiff, | (Judge Mariani) |
| | (Chief Magistrate Judge Schwab) |
| v. | |
| DAVID JOHN DUTCAVAGE, *et al.*, | |
| Defendants. | |

## ORDER
March 19, 2019

In light of our recent recommendation that this case be dismissed for failure to state a claim upon which relief can be granted (*see doc. 27*), **IT IS ORDERED** that the plaintiff's motions to compel service of process (*docs. 14*, *22*, *25*) are **DENIED AS MOOT**.

<u>S/Susan E. Schwab</u>
Susan E. Schwab
Chief United States Magistrate Judge