IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

   Plaintiff,

              No. 3:18-cv-00767

v.

DAVID JOHN DUTCAVAGE, et. al.,

   Defendants.

NOTICE OF CHANGE OF ADDRESS

   Plaintiff, Edward Thomas Kennedy, files this notice of change of address with the court Clerk as required.

   Plaintiff's mailing address has changed. The new mailing interest mailing address is 800 Court Street, Apt 223, Reading, PA 19601. Party also notices the court clerk of his lawful title.

Date: March 26, 2019.

            Respectfully submitted,

            */s/ Edward Thomas Kennedy* **(seal)**

            _____
            Edward Thomas Kennedy, all rights reserved
            800 Court Street, Apt 223
            Reading, PA 19601
            (415) 275-1244
            Fax (570) 609-1810
            Pillar.of.peace.2012@gmail.com

CERTIFICATE OF SERVICE

I certify that that I served a copy electronically of the above Notice of Change of Address to the Clerk of C0urt at United States District Court for the Middle District of Pennsylvania via CM/ECF.


*/s/ Edward Thomas Kennedy*   ***(seal)***
_____
EDWARD THOMAS KENNEDY


Date: March 26, 2019