IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

           Plaintiff,

                                          No. 3:18-cv-00767

v.

DAVID JOHN DUTCAVAGE, et. al.,

           Defendants.

NOTICE OF OBJECTION

      Plaintiff, Edward Thomas Kennedy, is one of the people of Pennsylvania, in this court of record, hereby Objects to ECF Documents 27 and 28 pursuant to the provisions of 28 U.S. Code § 636 for Plaintiff does not consent to proceed before a US Magistrate Judge.

Date: March 26, 2019.

                                          Respectfully submitted,

                                          */s/ Edward Thomas Kennedy   **(seal)***

                                          _____
                                          Edward Thomas Kennedy, all rights reserved
                                          800 Court Street, Apt 223
                                          Reading, PA 19601
                                          (415) 275-1244
                                          Fax (570) 609-1810
                                          Pillar.of.peace.2012@gmail.com

CERTIFICATE OF SERVICE

I certify that that I served a copy electronically of the above NOTICE OF OBJECTION to the Clerk of Court at United States District Court for the Middle District of Pennsylvania via CM/ECF.


*/s/ Edward Thomas Kennedy*   ***(seal)***
_____
EDWARD THOMAS KENNEDY


Date: March 26, 2019